**454**

Before SIMONS, ALLEN, and HAMILTON, Circuit Judges.

PER CURIAM.

This cause came on to be heard on the transcript of the record from the Tax Court of the United States, and was argued by counsel. On consideration whereof, it is now here ordered, adjudged and decreed by this Court that the decision of the said Tax Court in this cause be and the same is hereby reversed and the cause remanded for further proceedings upon the authority of the opinion this day filed in Cornett-Lewis Coal Co. v. Commissioner of Internal Revenue, 6 Cir., 141 F.2d 1000.

■

Guy T. HELVERING, Commissioner of Internal Revenue, Petitioner, v. ESTATE of James N. COLLINS, Deceased, First National Bank & Trust Company of Minneapolis, Executor.

No. 12429.

Circuit Court of Appeals, Eighth Circuit.

March 10, 1944.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Helen R. Carloss, Louise Foster, and S. Dee Hanson, Sp. Assts. to Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and Rollin H. Transue, Atty., Bureau of Internal Revenue, both of Washington, D. C., for petitioner.

Leland W. Scott and John W. Windhorst, both of Minneapolis, Minn., for respondent.

PER CURIAM.

In conformity with opinion and mandate of Supreme Court, 320 U.S. 489, 64 S.Ct. 239, judgment of this Court of March 2, 1943, 8 Cir., 133 F.2d 732, vacated, and new judgment entered affirming decision of United States Board of Tax Appeals (now the Tax Court of the United States) and dismissing petition to review.

■

Guy T. HELVERING, Commissioner of Internal Revenue, Petitioner, v. E. W. DOBSON.

No. 12430.

Circuit Court of Appeals, Eighth Circuit.

March 10, 1944.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Helen R. Carloss, Louise Foster, and S. Dee Hanson, Sp. Assts. to Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and Rollin H. Transue, Atty., Bureau of Internal Revenue, both of Washington, D. C., for petitioner.

Leland W. Scott and John W. Windhorst, both of Minneapolis, Minn., for respondent.

PER CURIAM.

In conformity with opinion and mandate of Supreme Court, 320 U.S. 489, 64 S.Ct. 239, judgment of this Court of March 2, 1943, 8 Cir., 133 F.2d 732, vacated, and new judgment entered affirming decision of United States Board of Tax Appeals (now the Tax Court of the United States) and dismissing petition to review.

■

Guy T. HELVERING, Commissioner of Internal Revenue, Petitioner, v. John V. DOBSON.

John V. DOBSON, Petitioner, v. Guy T. HELVERING, Commissioner of Internal Revenue.

Nos. 12425, 12426.

Circuit Court of Appeals, Eighth Circuit.

March 10, 1944.

Samuel O. Clark, Jr., Asst. Atty. Gen., Sewall Key, Helen R. Carloss, Louise Foster, and S. Dee Hanson, Sp. Assts. to Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, and Rollin H. Transue, Atty., Bureau of Internal Revenue, both of Washington, D. C., for Guy T. Helvering, Commissioner, etc.